O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKY PETTIS CLARK, | NO. CV 14-799-SJO (MAN) |
| Petitioner, | JUDGMENT |
| v. | |
| JEFFREY BEARD, SECRETARY, | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition With Prejudice; And Denying Certificate Of Appealability,

IT IS ORDERED that this action is dismissed with prejudice.

DATED: February 4, 2014.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE